*If this opinion indicates that it is "FOR PUBLICATION," it is subject to
revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellant,

v

KEVIN THEODORE WILSON,

        Defendant-Appellee.

UNPUBLISHED
November 10, 2022

No. 358389
Calhoun Circuit Court
LC No. 2020-001489-FH

Before: SAWYER, P.J., and MARKEY and SWARTZLE, JJ.

SWARTZLE, J. (*concurring in part, dissenting in part*).

While I agree that this matter should be returned to the trial court, I would vacate the trial court's dismissal of charges rather than outright reverse. It appears that there was some confusion in the record as to the precedential effect of *People v Borowka*, unpublished per curiam opinion of the Court of Appeals, issued September 17, 2019 (Docket No. 346398), a case upon which I sat. The analysis in *Borowka* clearly *supported* the trial court's dismissal here, although neither the analysis nor the holding *dictated* that dismissal. Accordingly, I would remand the matter for the sole purpose of permitting the trial court to reconsider its dismissal in light of the fact that *Borowka* was an unpublished decision.

/s/ Brock A. Swartzle